# New Port Richey Police Department
## 6739 Adams St New Port Richey, FL 34652

| Call Taker | CFS Report |
|---|---|
| 70  CantuM-86 | CFS # - 20020916 |

## Base Information

**Call When** 08/31/2020 21:54:59   **Create When** 08/31/2020 21:57:03   **Close When** 09/01/2020 02:36:54   **Disposition** NO REPORT

### Location of Occurrence

| Address | 6502 MASSACHUSETTS AVE, NEW PORT RICHEY | Zip | | County | PASC | | |
|---|---|---|---|---|---|---|---|
| Landmark | HOME SALOON | ESN | 301 | Map Grid | | Primary | 476 |

### Location of Caller

| Address | 7920 LEO KIDD AVE, PASCO COUNTY TOWER | Landmark | |
|---|---|---|---|
| Caller Name | EMPLOYEE | Caller Phone | |
| | | How Received | 911 |

**Cross Street High** BELLAIRE TER   **Cross Street Low** CHINAPA ST   **InProgress** ☐
**From-To Directions**                                                                          **Priority**

**EMS/Rescue** PCSO   **Fire** NPRFD   **Law** NPRPD
**Law Tract**   **Area**   **District**   **Grid**   **Work Area**
**EMS Code/Level**   **Fire Code/Level**   **Law Code/Level**
**Call Disciplines** L,   **Assigned Disciplines** F,L,   **Assigned Disciplines NP** F,L,

## OCA Numbers

| Department | OCA Number | Unit | Note | Department | OCA Number | Unit | Note |
|---|---|---|---|---|---|---|---|
| *NPRPD | 20-02904 | | | NPRFD | 2003296 | E1 | |

## Dispositions

| Disposition | Assigned When | User | InActive | While Closed |
|---|---|---|---|---|
| NO REPORT | 09/01/2020 02:36:53 | pizzolac | ☐ | ☐ |

## Call Types

| Call Type | Assigned When | User | Assigned While Closed | InActive |
|---|---|---|---|---|
| TRESPASS | 08/31/2020 23:40:11 | pizzolac | ☐ | ☐ |
| UNWANTED GUEST | 08/31/2020 21:57:03 | CantuM | ☐ | ☐ |

## Linked CFS

| CFS # | CFS When | Location | CallType | User |
|---|---|---|---|---|
| 20020929 | 09/01/2020 00:02:13 | 6502 MASSACHUSETTS AVE, NEW PORT RICHEY | WARRANT ARREST | CantuM |
| 20020928 | 08/31/2020 23:40:11 | 6502 MASSACHUSETTS AVE, NEW PORT RICHEY | DISORDERLY CONDUCT | CantuM |
| 20020927 | 08/31/2020 23:39:27 | 6502 MASSACHUSETTS AVE, NEW PORT RICHEY | BATTERY POLICE | CantuM |
| 20020916 | 08/31/2020 21:54:59 | 6502 MASSACHUSETTS AVE, NEW PORT RICHEY | TRESPASS | CantuM |

## Unit Times

| Unit | Department | Unit Type | When | Status | Notes | User |
|---|---|---|---|---|---|
| 462 (VALENTE, JOSEPH \| ) | *NPRPD | PATROL | 08/31/2020 21:57:34 | ENROUTE | MU |
| 485 (Hesse, Bryan \| ) | *NPRPD | SRO | 08/31/2020 21:58:29 | ENROUTE | MU |
| 485 (Hesse, Bryan \| ) | *NPRPD | SRO | 08/31/2020 21:59:07 | CLEAR | CantuM |

| Call Taker | | CFS Report | | | |
|---|---|---|---|---|---|
| 70  CantuM-86 | | CFS # - 20020916 | | | |
| 476 (KEMMIS, ELIZABETH \| ) | *NPRPD | PATROL | 08/31/2020 21:59:13 | DISPATCHED | CantuM |
| 476 (KEMMIS, ELIZABETH \| ) | *NPRPD | PATROL | 08/31/2020 21:59:16 | ENROUTE | CantuM |
| 476 (KEMMIS, ELIZABETH \| ) | *NPRPD | PATROL | 08/31/2020 22:01:41 | ON SCENE | MU |
| 462 (VALENTE, JOSEPH \| ) | *NPRPD | PATROL | 08/31/2020 22:04:51 | ON SCENE | MU |
| 415 (PASCALLI, JOSEPH \| ) | *NPRPD | PATROL | 08/31/2020 22:10:14 | DISPATCHED | CantuM |
| 415 (PASCALLI, JOSEPH \| ) | *NPRPD | PATROL | 08/31/2020 22:10:16 | ENROUTE | CantuM |
| 490 (Pennell, Russell \| ) | *NPRPD | PATROL | 08/31/2020 22:10:20 | ENROUTE | MU |
| 902 (PUGLIA, JOSEPH \| ) | *NPRPD | POLICE AUX | 08/31/2020 22:10:53 | DISPATCHED | pizzolac |
| 902 (PUGLIA, JOSEPH \| ) | *NPRPD | POLICE AUX | 08/31/2020 22:10:55 | ENROUTE | pizzolac |
| 485 (Hesse, Bryan \| ) | *NPRPD | SRO | 08/31/2020 22:10:58 | DISPATCHED | pizzolac |
| 435 (PELT, SHAUN \| ) | *NPRPD | PATROL | 08/31/2020 22:10:59 | DISPATCHED | pizzolac |
| 435 (PELT, SHAUN \| ) | *NPRPD | PATROL | 08/31/2020 22:11:01 | ENROUTE | pizzolac |
| 485 (Hesse, Bryan \| ) | *NPRPD | SRO | 08/31/2020 22:11:03 | ENROUTE | pizzolac |
| 459 (BERGE, TIMOTHY \| ) | *NPRPD | ADMIN | 08/31/2020 22:11:59 | DISPATCHED | pizzolac |
| 459 (BERGE, TIMOTHY \| ) | *NPRPD | ADMIN | 08/31/2020 22:12:05 | ENROUTE | pizzolac |
| 459 (BERGE, TIMOTHY \| ) | *NPRPD | ADMIN | 08/31/2020 22:12:17 | ON SCENE | pizzolac |
| 415 (PASCALLI, JOSEPH \| ) | *NPRPD | PATROL | 08/31/2020 22:12:28 | ON SCENE | pizzolac |
| 485 (Hesse, Bryan \| ) | *NPRPD | SRO | 08/31/2020 22:13:09 | ON SCENE | CantuM |
| 490 (Pennell, Russell \| ) | *NPRPD | PATROL | 08/31/2020 22:13:10 | ON SCENE | CantuM |
| 435 (PELT, SHAUN \| ) | *NPRPD | PATROL | 08/31/2020 22:13:12 | ON SCENE | CantuM |
| 902 (PUGLIA, JOSEPH \| ) | *NPRPD | POLICE AUX | 08/31/2020 22:13:14 | ON SCENE | CantuM |
| E1 | NPRFD | ENGINE | 08/31/2020 22:14:10 | DISPATCHED | pizzolac |
| E1 | NPRFD | ENGINE | 08/31/2020 22:15:23 | ENROUTE | CantuM |
| E1 | NPRFD | ENGINE | 08/31/2020 22:18:29 | ON SCENE | pizzolac |
| 459 (BERGE, TIMOTHY \| ) | *NPRPD | ADMIN | 08/31/2020 22:27:35 | CLEAR | pizzolac |
| 485 (Hesse, Bryan \| ) | *NPRPD | SRO | 08/31/2020 22:32:46 | LEFT SCENE\|51 NBH | CantuM |
| 490 (Pennell, Russell \| ) | *NPRPD | PATROL | 08/31/2020 22:34:15 | LEFT SCENE\|51 NBH | CantuM |
| 462 (VALENTE, JOSEPH \| ) | *NPRPD | PATROL | 08/31/2020 22:34:22 | LEFT SCENE\|51 NBH | CantuM |
| E1 | NPRFD | ENGINE | 08/31/2020 22:34:34 | CLEAR | CantuM |
| 462 (VALENTE, JOSEPH \| ) | *NPRPD | PATROL | 08/31/2020 22:38:07 | ARRIVE 2ND\|NBH | CantuM |
| 902 (PUGLIA, JOSEPH \| ) | *NPRPD | POLICE AUX | 08/31/2020 22:38:29 | CLEAR | CantuM |
| 415 (PASCALLI, JOSEPH \| ) | *NPRPD | PATROL | 08/31/2020 22:38:55 | LEFT SCENE\|51 NBH | CantuM |
| 435 (PELT, SHAUN \| ) | *NPRPD | PATROL | 08/31/2020 22:39:35 | CLEAR | MU |
| 415 (PASCALLI, JOSEPH \| ) | *NPRPD | PATROL | 08/31/2020 22:40:42 | ARRIVE 2ND\|NBH | CantuM |
| 490 (Pennell, Russell \| ) | *NPRPD | PATROL | 08/31/2020 22:51:49 | CLEAR | pizzolac |
| 476 (KEMMIS, ELIZABETH \| ) | *NPRPD | PATROL | 08/31/2020 22:55:49 | CLEAR | CantuM |
| 476 (KEMMIS, ELIZABETH \| ) | *NPRPD | PATROL | 08/31/2020 22:55:53 | DISPATCHED | CantuM |
| 476 (KEMMIS, ELIZABETH \| ) | *NPRPD | PATROL | 08/31/2020 22:55:55 | ON SCENE | CantuM |
| 476 (KEMMIS, ELIZABETH \| ) | *NPRPD | PATROL | 08/31/2020 22:56:02 | LEFT SCENE\|51 NBH | CantuM |
| 476 (KEMMIS, ELIZABETH \| ) | *NPRPD | PATROL | 08/31/2020 22:58:31 | ARRIVE 2ND\|NBH | CantuM |
| 485 (Hesse, Bryan \| ) | *NPRPD | SRO | 08/31/2020 23:00:04 | CLEAR | pizzolac |
| 485 (Hesse, Bryan \| ) | *NPRPD | SRO | 08/31/2020 23:26:24 | DISPATCHED | CantuM |
| 485 (Hesse, Bryan \| ) | *NPRPD | SRO | 08/31/2020 23:26:26 | ON SCENE | CantuM |
| 485 (Hesse, Bryan \| ) | *NPRPD | SRO | 08/31/2020 23:34:11 | LOG ONLY\|HOME SALOON | CantuM |
| 485 (Hesse, Bryan \| ) | *NPRPD | SRO | 08/31/2020 23:35:43 | CLEAR | CantuM |
| 462 (VALENTE, JOSEPH \| ) | *NPRPD | PATROL | 08/31/2020 23:39:39 | CLEAR | CantuM |
| 415 (PASCALLI, JOSEPH \| ) | *NPRPD | PATROL | 08/31/2020 23:40:35 | LOG ONLY\|NBAY AGAIN | pizzolac |
| 415 (PASCALLI, JOSEPH \| ) | *NPRPD | PATROL | 08/31/2020 23:51:55 | LOG ONLY\|PD | pizzolac |
| 485 (Hesse, Bryan \| ) | *NPRPD | SRO | 09/01/2020 00:08:53 | DISPATCHED | CantuM |

| Call Taker | CFS Report |
|---|---|
| 70  CantuM-86 | CFS # - 20020916 |

| | | | | | |
|---|---|---|---|---|---|
| 485 (Hesse, Bryan | ) | *NPRPD | SRO | 09/01/2020 00:08:56 | ON SCENE | CantuM |
| 485 (Hesse, Bryan | ) | *NPRPD | SRO | 09/01/2020 00:08:59 | LOG ONLY|HOME SALOON | CantuM |
| 415 (PASCALLI, JOSEPH | ) | *NPRPD | PATROL | 09/01/2020 00:09:16 | LOG ONLY|HOME SALOON - VIDEO | pizzolac |
| 485 (Hesse, Bryan | ) | *NPRPD | SRO | 09/01/2020 00:19:44 | CLEAR | pizzolac |
| 415 (PASCALLI, JOSEPH | ) | *NPRPD | PATROL | 09/01/2020 00:29:29 | CLEAR|Placing Unit On Aux Status CLEAR AUX | MU |
| 476 (KEMMIS, ELIZABETH | ) | *NPRPD | PATROL | 09/01/2020 00:30:03 | LEFT SCENE|74931.0|X53 X12 X15 | CantuM |
| 476 (KEMMIS, ELIZABETH | ) | *NPRPD | PATROL | 09/01/2020 00:31:25 | ARRIVE 2ND|74931.0|PD X12 X15 | CantuM |
| 476 (KEMMIS, ELIZABETH | ) | *NPRPD | PATROL | 09/01/2020 02:36:53 | CLEAR | pizzolac |

## Incident Locations

**Address:** HOME SALOON | 6502 MASSACHUSETTS AVE, NEW PORT RICHEY      **User:** CantuM
**When:** 08/31/2020 21:57:03   **Latitude:** 28.2575617303794   **Longitude:** -82.7069584719413   **Source:** MapPoint   **InActive:** ☐

## Vehicle|Person Information

**Name** MARTIN, JOHN A       **Eye**       **Hair**       **Hgt**       **Wgt**       **Race** W   **Sex** M   **Discipline** L,
**DOB**       1969   **OLN** FL       100                   **OID**             **Unit**
**Location**                         **Description**                             **Phone**

**Tag** FL    **Tag Year**    **Tag Type**    **Type** CONTACT    **User** CantuM    **When** 08/31/2020 22:09:18
**Make/Model/Year/Color/VIN/Desc**   / / / / /                              **Searched** ☐  **Consented** ☐

**Name** HARTMAN, THOMAS M    **Eye** BRO   **Hair** BRO   **Hgt** 505   **Wgt** 215   **Race** W   **Sex** M   **Discipline** L,
**DOB**       1969   **OLN** MI       123                   **OID**             **Unit**
**Location**                         **Description**                             **Phone**

**Tag** FL    **Tag Year**    **Tag Type**    **Type** CONTACT    **User** pizzolac    **When** 08/31/2020 22:21:43
**Make/Model/Year/Color/VIN/Desc**   / / / / /                              **Searched** ☐  **Consented** ☐

## Caller Phones

| Caller Phone | When | User | Caller Phone | When | User |
|---|---|---|---|---|---|
|  | 08/31/2020 21:57:03 | CantuM | | | |

## Caller Names

| Caller Name | When | User | Caller Name | When | User |
|---|---|---|---|---|---|
| EMPLOYEE | 08/31/2020 21:57:03 | CantuM | | | |

## Initial Statement                                          08/31/2020 21:57:03  08/31/2020 21:57:03

**Statement:** MALE HAS SERVICE DOG AND REFUSING TO LEAVE, OWNER DOES NOT ALLOW ANY DOGS REF LAW SUIT OF ANOTHER DOG BITING ANOTHER CUSTOMER IN PAST

## Notes

CantuM 08/31/2020 21:57:03  E,F,L,R,O,
YELLOW LAB
WM BLK HAT, BLK SHIRT, JEANS

CantuM 08/31/2020 22:10:50  E,F,L,R,O,
415 X18

CantuM 08/31/2020 22:10:56  E,F,L,R,O,
902 X18

| Call Taker | CFS Report |
|---|---|
| 70  CantuM-86 | CFS # - 20020916 |

CantuM 08/31/2020 22:11:06  E,F,L,R,O,
485 AND 435 X18

CantuM 08/31/2020 22:13:04  E,F,L,R,O,
415- OTHER UNITS CAN SLOW DOWN

pizzolac 08/31/2020 22:13:16  E,F,L,R,O,
MALE IN CUSTODY 2213 HRS

pizzolac 08/31/2020 22:13:42  E,F,L,R,O,
REQ FD  INJ TO FACE

pizzolac 08/31/2020 22:13:57  E,F,L,R,O,
PER 476

pizzolac 08/31/2020 22:15:29  E,F,L,R,O,
MATT PASCO NOTIFIED

CantuM 08/31/2020 22:20:36  E,F,L,R,O,
THOMAS 49 OUT OF PASCO, NOT SENDING CONFIRMATION, PER 476

CantuM 08/31/2020 22:56:29  E,F,L,R,O,
X15 @2256

CantuM 08/31/2020 22:56:38  E,F,L,R,O,
RESISTING WO AND ASSAULT ON LEO

CantuM 09/01/2020 01:37:53  E,F,L,R,O,
476- OCA PULLED IN ERROR

pizzolac 09/01/2020 02:36:53  E,F,L,R,O,
SUBJ WAS NOT TRESPASSED  LEFT PRIOR