

# EXHIBIT LIST

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**John Martin**
_____,

      **Plaintiff,**    **X**
      **Government,** ☐

**v.**

**Robert Sabo**
_____,

      **Defendant.** ☐

**Case No.:  8:22-cv-640-TPB-MRM**

**X Evidentiary**
☐ Trial
☐ Other

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 |  | 5/10/2023 |  | Service Animal legal rights card |
| 2 |  | 5/10/2023 |  | Plaintiff's written statement |
| 3 |  | 5/10/2023 |  | New Port Richey Police Department citizen complaint report dated 10/16/2020 |
| 4 |  | 5/10/2023 |  | New Port Richey Police Department Internal Investigation Report dated 12/4/2020 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |