**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOHN MARTIN,

        Plaintiff,

v.                                        Case No. 8:22-cv-640-TPB-UAM

ROBERT SABO
d/b/a HOME SALOON,

        Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on consideration of the report and
recommendation of Anthony E. Porcelli, United States Magistrate Judge, entered
on March 14, 2024. (Doc. 48).   Judge Porcelli recommends that "Plaintiff" John
Martin's Supplemental Motion to Determine Amount of Attorney's Fees and Costs"
(Doc. 47) be granted in part and denied in part. Specifically, Judge Porcelli
recommends that Plaintiff be awarded attorney's fees in the amount of $20,790,
taxable costs in the amount of $468. No objection to the report and recommendation
has been filed, and the time to object has expired.

After conducting a careful and complete review of the findings and
recommendations, a district judge may accept, reject, or modify the magistrate
judge's report and recommendation.   28 U.S.C. § 636(b)(1); *Camby v. Davis,* 718
F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir.

1982).   A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made."   28 U.S.C. § 636(b)(1)(C).   When no objection is filed, a court reviews the report and recommendation for clear error.   *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Porcelli's report and recommendation, the Court adopts the report and recommendation.   The Court agrees with Judge Porcelli's detailed and well-reasoned factual findings and legal conclusions.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1)    Judge Porcelli's report and recommendation (Doc. 48) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2)    "Plaintiff" John Martin's Supplemental Motion to Determine Amount of Attorney's Fees and Costs" (Doc. 47) is **GRANTED IN PART and DENIED IN PART.**

(3)     Plaintiff is awarded attorney's fees in the amount of $20,790 and taxable

costs in the amount of $468.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>2nd</u> day of

April, 2024.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**